1  KING, HOLMES, PATERNO & BERLINER LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 077012
2  SETH MILLER, ESQ., STATE BAR NO. 175130
   MILLER@KHPBLAW.COM
3  1900 AVENUE OF THE STARS, 25TH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
4  TELEPHONE: (310) 282-8989
   FACSIMILE:  (310) 282-8903
5
   JEFFREY R. COHEN, ESQ. (PRO HAC VICE)
6  MILLEN, WHITE, ZELANO & BRANIGAN
   2200 CLARENDON BOULEVARD, SUITE 1400
7  ARLINGTON, VIRGINIA 22201
   TELEPHONE: (703) 243-6333
8  FACSIMILE:  (703) 243-6410

9  Attorneys for Plaintiff ELVH, INC.

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12  ELVH, INC., a California corporation,    CASE NO. CV09-04219 CAS (FFMx)

13              Plaintiff,                   **FIRST AMENDED COMPLAINT
                                             FOR COPYRIGHT
14      vs.                                  INFRINGEMENT,
                                             CONSTRUCTIVE TRUST, AND
15  NIKE, INC.; THE FINISH LINE, INC.,       FOR AN ACCOUNTING**

16              Defendants.                  **DEMAND FOR JURY TRIAL**

17

18                          **COMPLAINT**

19       ELVH, Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel,

20  for its Complaint against Nike, Inc. and The Finish Line, Inc. (hereinafter

21  "Defendants") states the following allegations made on belief that the same are

22  likely to be proven after further investigation and discovery.

23                   **JURISDICTION AND VENUE**

24       1.    Jurisdiction of the Court is invoked under 28 USC §1338(a) as an

25  action arising under Acts of Congress relating to copyrights and trademarks,

26  namely, the Copyright Act of 1976, 17 USC §101 et seq.  This Court has pendent

27  jurisdiction over claims arising under state law pursuant to 28 USC §1338(b) and

28  28 §USC 1367(a).

2921.061/294473.1

2.      Venue is proper in the Central District of California pursuant to 28 USC § 1391(b) and (c) as Defendants are corporations subject to personal jurisdiction in this District and are therefore deemed to reside here for purposes of venue.

### FACTS

3.      Plaintiff, ELVH, Inc., is a corporation organized and doing business under the laws of the state of California.

4.      Defendant Nike, Inc. ("Nike") is a corporation organized under the laws of Oregon but doing business throughout the entire United States.

5.      Defendant The Finish Line, Inc. ("TFL") is a corporation organized under the laws of Indiana but doing business throughout the entire United States.

6.      Defendants sell and distribute athletic footwear and apparel throughout the entire United States.

7.      Plaintiff is the owner of three copyright registrations: VAu505308, VAu544060, and VAu558125, true and correct copies of which are attached hereto as **Exhibits A-C**, respectively (collectively referred to as "Copyrighted Works").

8.      On January 1, 2009, Plaintiff entered into a license agreement in which it granted the exclusive rights to incorporate the Copyrighted Works onto footwear.

### FIRST CLAIM FOR RELIEF

### (COPYRIGHT INFRINGEMENT)

9.      Plaintiff repeats and realleges paragraphs 1-8 as though fully set forth herein.

10.     Plaintiff is the owner and proprietor of all right, title and interest in the Copyrighted Works.

11.     The Copyrighted Works are comprised of wholly original material and have been deemed copyrightable subject matter under the copyright laws of the United States.

/ / /

12.   With full knowledge of Plaintiff's rights therein, Nike has infringed and continues to infringe Plaintiff's Copyrighted Works by copying the Works onto footwear and then distributing and selling such infringing footwear throughout the United States, including through TFL's Finish Line retail stores.  True and correct copies of photographs of the infringing footwear are attached hereto as **Exhibit D**. TFL has infringed and continues to infringe Plaintiff's Copyrighted Works by distributing and selling such infringing footwear throughout the United States.  Such copying, distribution, and sale by Defendants was done without the consent, approval or license of Plaintiff.

13.   Defendants' acts identified above violate Plaintiff's exclusive rights under §106 of the Copyright Act of 1976, 17 USC §106, and constitute infringements of its Copyrighted Works.  Defendants' past and continuing copying, distribution and sale of its infringing footwear constitutes a willful and deliberate infringement of Plaintiff's rights and is causing irreparable harm and damage to Plaintiff and its licensee.

## SECOND CLAIM FOR RELIEF
### (CONSTRUCTIVE TRUST)

14.   Plaintiff incorporates by reference as if set forth in full herein the allegations of Paragraph 1 through 13 of this Complaint.

15.   By virtue of their wrongful conduct, Defendants illegally received money and profits that rightfully belonged to Plaintiff.

16.   Defendants are therefore involuntary trustees, holding the gross receipts from their product sales and revenues to the extent attributable to the Copyrighted Works and therefore attributable to the infringement of Plaintiff's copyright therein. Defendants hold such moneys and funds on behalf of and subject to a first and prior lien against all others and in favor of Plaintiff.  On information and belief, Defendants hold this illegally received money and profits in the form of bank accounts, real property, and personal property that can be located and traced.

17.     Plaintiff is entitled to the remedy of a constructive trust in view of Defendants' wrongful infringement of Plaintiff's Copyrighted Works.

### THIRD CLAIM FOR RELIEF
### (FOR AN ACCOUNTING)

18.     Plaintiff incorporates by reference as if set forth in full herein the allegations of Paragraph 1 through 13 of this Complaint.

19.     Under 17 U.S.C. Section 504, Plaintiff may recover any and all profits of Defendants that are attributable to its acts of infringement.

20.     A balance is due from Defendants to Plaintiff for misappropriation of profits and gross receipts arising from or attributable to Defendants' copying, exploitation, and use of the Copyrighted Works on footwear and consequent violation and infringement of Plaintiff's copyright in the Copyrighted Works.

21.     The exact amount of money due from Defendants is unknown to Plaintiff and can only be ascertained through an accounting.  Plaintiff seeks an order from this Court directing Defendants to provide Plaintiff with an accounting and payment of the amount due as a result of the accounting, plus interest.

WHEREFORE, Plaintiff requests that the Court grant it the following relief against Defendants Nike and TFL, jointly and severally:

A.      That Defendants be permanently enjoined from infringing the Copyrighted Works;

B.      That the Court order the impoundment and destruction of all footwear containing copies of the Copyrighted Works;

C.      That Defendants be required to pay to Plaintiff such actual damages as they have sustained as a result of Defendants' copyright infringement pursuant to 17 USC §504(b);

D.      That Defendants be required to account for and disgorge to Plaintiff all gains, profits and advantages derived by its copyright infringement pursuant to 17 USC §504(b);

E.     That Defendants be required to pay Plaintiff statutory damages
       pursuant to 17 USC §504(b);

F.     That Defendants be required to pay Plaintiff an increase in the award of
       statutory damages due to Defendants' willful infringement pursuant to
       17 USC §504(c)(2);

G.     That the Court declares, adjudges, and decrees that Defendants have
       been and are involuntary and constructive trustees, holding the gross
       receipts from the aforesaid exploitation of the Copyrighted Works on
       footwear to the extent attributable to the Copyrighted Works or
       Defendants' misuse of the protectible interests of Plaintiff in the
       Copyrighted Works, and that Defendants hold all such monies and
       funds on behalf of and subject to a first and prior lien against all others
       and in favor of Plaintiff;

H.     That Defendants be required to account for and pay over to Plaintiff all
       gains and profits derived by Defendants from or attributable to their
       distribution, sale, or other exploitation of the Copyrighted Works on
       footwear or any other uses of all or part of the Copyrighted Works
       made or authorized by Defendants;

I.     That Defendants be ordered to pay to Plaintiff the costs of this action
       along with reasonable attorney fees pursuant to 17 USC § 505; and,

J.     That Plaintiff is granted such further relief as the Court deems just.

DATED:   June 24, 2009        Respectfully submitted,

                              KING, HOLMES, PATERNO & BERLINER, LLP

                              By: _____
                                              SETH MILLER
                              Attorneys for Plaintiff ELVH, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

DATED:      June 24, 2009          Respectfully submitted,

KING, HOLMES, PATERNO & BERLINER, LLP

By:_____

SETH MILLER

Attorneys for Plaintiff ELVH, INC.

**EXHIBIT "A"**

# CERTIFICATE OF REGISTRATION

**FORM VA**
a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 505-308**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**OFFICIAL SEAL**

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

FEB 20 2001
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

FRANKENSTEIN

**NATURE OF THIS WORK ▼** See Instructions

Artistic Graphic Design Applied to Guitar Body

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a    NAME OF AUTHOR ▼**

EDWARD VAN HALEN

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1955

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b    NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a    Year in Which Creation of This Work Was Completed**
1979-1997 ◀ Year    This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EDWARD VAN HALEN
c/o Page & Associates
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 18 2001
ONE DEPOSIT RECEIVED
SEP 18 2001    FEB 20 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____   FORM VA

CHECKED BY _____

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

MICHELLE A. COOKE, ESQ.
NEFF LAW GROUP   LLP
21515 HAWTHORNE BLVD., SUITE 650
TORRANCE, CA 90503

Area code and daytime telephone number ▶ (310) 540-6760        Fax number ▶ (310) 540-0305

Email ▶ michelle@nefflaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___EDWARD  VAN  HALEN___
                                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MICHELLE A. COOKE                              Date ▶ 9/4/01

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
   MICHELLE A. COOKE, ESQ.
Number/Street/Apt ▼
NEFF LAW GROUP   LLP/21515 Hawthorne Blvd.,#650
City/State/ZIP ▼
TORRANCE, CA 90503

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30.

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 2000—100,000
WEB REV: May 2000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/120













**EXHIBIT "B"**

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG        **VAu 544-060**



EFFECTIVE DATE OF REGISTRATION

JUN 19 2002

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

FRANKY

NATURE OF THIS WORK ▼ See instructions

Artistic Graphic Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

NAME OF AUTHOR ▼

**a**  EDWARD VAN HALEN

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1955

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

## 3

**a**  Year in Which Creation of This Work Was Completed
1979 ◀ Year
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month▶     Day▶     Year▶     ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EDWARD VAN HALEN
c/o Page & Associates
3500 W. Olive Ave., Suite 300
Burbank, CA 91505

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 19 2002
ONE DEPOSIT RECEIVED
JUN 19 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at line 8.   Page 1 of ___ pages

*Coloring not copyrightable. 37 CFR 202.1.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Artistic graphic designs entitled Original Frank and
Frankenstein

**a**
See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New adaptation of design and new color scheme *

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Michelle A. Cooke, Esq.
Neff Law Group LLP
21515 Hawthorne Blvd., Suite 650
Torrance, CA 90503

Area code and daytime telephone number ▶ (310) 540-6760          Fax number ▶ (310) 540-0305
Email▶ michelle@nefflaw.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   EDWARD VAN HALEN
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michelle A. Cooke                                   Date▶ 6/18/02

Handwritten signature (X) ▼
X

**CERTIFICATION***

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michelle A. Cooke, Esq.
Number/Street/Apt ▼
Neff Law Group LLP/ 21515 Hawthorne Blvd. #650
City/State/ZIP ▼
Torrance, CA 90503

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999          ⊕ PRINTED ON RECYCLED PAPER          ⊕U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



**EXHIBIT "C"**

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG          VAu 558 – 125



EFFECTIVE DATE OF REGISTRATION

8 - 7 - 02
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼

ORIGINAL FRANK

NATURE OF THIS WORK ▼ See Instructions

Artistic Graphic Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼

EDWARD VAN HALEN

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1955

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  U.S.A.
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map             ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**

**a**  Year in Which Creation of This Work Was Completed
1978
This Information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information  Month _____ Day _____ Year _____
ONLY if this work has been published.
Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EDWARD VAN HALEN
c/o Page & Associates
3500 W. Olive Ave., Suite 300
Burbank, CA 91505

APPLICATION RECEIVED
AUG 07 2002
ONE DEPOSIT RECEIVED
AUG 07 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY ☐

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michelle A. Cooke, Esq.
Neff Law Group LLP
21515 Hawthorne Blvd., Suite 650
Torrance, CA 90503

b

Area code and daytime telephone number ( 310-540-6760          Fax number (310) 540-0305

Email michelle@nefflaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of EDWARD VAN HALEN
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michelle A. Cooke                          Date 8/6/02

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michelle A. Cooke, Esq.

Number/Street/Apt ▼
Neff Law Group LLP/ 21515 Hawthorne Blvd. #650

City/State/ZIP ▼
Torrance, CA 90503

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                          U.S. Government Printing Office: 2000-461-113/20,021



**EXHIBIT "D"**



