AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT | FILED |
|---|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV09-04219 CAS (FFMx)   DATE FILED | |
| **PLAINTIFF**<br>ELVH, INC., a California corporation, | **DEFENDANT**<br>NIKE, INC., |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  VAu 505-308 | Frankenstein | Edward Van Halen |
| 2  VAu 544-060 | Franky | Edward Van Halen |
| 3  VAu 558-125 | Original Frank | Edward Van Halen |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>Stipulated Dismissal with<br>[ ] Order   [ ] Judgment Prejudice | WRITTEN OPINION ATTACHED<br>[ ] Yes   [ ] No | DATE RENDERED<br>1/5/2010 |
|---|---|---|
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>1/21/2010 |

**2921.061** *U.S. G.P.O. 1982-374-279

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights

AO-121