HOWARD E. KING, ESQ., STATE BAR. NO. 077012
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
KING, HOLMES, PATERNO & BERLINER LLP
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

JEFFREY R. COHEN, ESQ. (PRO HAC VICE)
MILLEN, WHITE, ZELANO & BRANIGAN
2200 CLARENDON BOULEVARD, SUITE 1400
ARLINGTON, VIRGINIA 22201
TELEPHONE: (703) 243-6333
FACSIMILE: (703) 243-6410

ATTORNEYS FOR PLAINTIFFS

J. PIETER VAN ES, ESQ., STATE BAR NO. 250524
PVANES@BANNERWITCOFF.COM
BANNER & WITCOFF, LTD.
10 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
TELEPHONE: (312) 463-5000
FACSIMILE: (312) 463-5001

ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ELVH, INC., ET AL., | CASE NO. CV09-04219 CAS (FFMx) |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| NIKE, INC., ET AL., | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, ELVH, Inc., and Edward Van Halen, and Defendants, NIKE, Inc. and The Finish Line, Inc., having reached a mutually satisfactory resolution of the matter, hereby stipulate and agree, through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice, and without costs and disbursements or attorneys fees to any party. |

Dated: January 4, 2010

/S/ /s/ Seth Miller/
HOWARD E. KING, ESQ., STATE BAR NO. 077012
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
KING, HOLMES, PATERNO & BERLINER LLP
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

JEFFREY R. COHEN, ESQ. (PRO HAC VICE)
MILLEN, WHITE, ZELANO & BRANIGAN
2200 CLARENDON BOULEVARD, SUITE 1400
ARLINGTON, VIRGINIA 22201
TELEPHONE: (703) 243-6333
FACSIMILE:  (703) 243-6410

ATTORNEYS FOR PLAINTIFFS


Respectfully submitted,

Dated: January 4, 2010

/S/ /J. Pieter van Es/
J. PIETER VAN ES, ESQ., STATE BAR NO. 250524
PVANES@BANNERWITCOFF.COM
BANNER & WITCOFF, LTD.
10 SOUTH WACKER DRIVE,, SUITE 3000
CHICAGO, IL 60606
TELEPHONE: (312) 463-5000
FACSIMILE: (312) 463-5001

ATTORNEYS FOR DEFENDANTS